

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

JOAN GRACE HARLEY, WHITNEY KOHL JOHN GUNTER JR, JOAN GRACE HARLEY, CHRIS SEVIER
*Plaintiffs*
V.

GREG ABBOTT, in his official capacity as Governor of Texas, KEN PAXTON, in his capacity as Attorney General, JOHN F. WARREN, in his official capacity as the Clerk of Dallas County
*Defendants*

Case No:

COMPLAINT FOR INJUNCTIVE RELIEF

JURY DEMAND

**017-CV3073-L**

## DECLARATION OF JOHN GUNTER A POLYGAMISTS

I, John Gunter, declare under the penalty of perjury, pursuant to 28 USC sec. 1746 as follows:

1. I reside in Utah.

2. I am over 18

3. I self-identify as a polygamists. It is my sexual orientation.

4. I approached the clerk's office about issuing a marriage license two me and two women I want to marry.

5. The Clerk refused to issue me and my preferred spouses of the opposite sex a marriage license because he felt that our request was outside of his interpretation of the legal definition of marriage.

6. I have denied the social and state benefits that come from being married because of my sex-based self-asserted identity narrative is not legally recognized for arbitrary reasons, whereas individuals who self-identify as homosexual are treated with more favorable treatment than individuals who think about marriage like I do.

7. Like homosexuality, polygamy is merely one denomination and sect within the church of moral relativism.

8. I want my polygamist marriage to have the same legal treatment as man-man marriage for better or worse, whether that means that I am allowed to marry my preferred spouse based on my sexual orientation or that the state is prohibited from legally recognizing my marriage and all other forms of marriage beyond man-woman marriage.

9. I attest under the penalty of perjury that the above mentioned statements are true and accurate.

*[signature]*

John Gunter, Founder of Clean Services Foundation