#103975

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 7 2017
11:58 AM

CLERK, U.S. DISTRICT COURT

By_____
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Harley et. al.
_____
*Plaintiff*

v.

Abbott et. al.
_____
*Defendant*

§
§
§
§
§
§
§
§
§

Case No. **3:17-CV3073-L**

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cynthia Burris National Center For Missing And Exploited Children _____, with offices at

215 Bulter Court Apt. 215 _____
(Street Address)

Chapel Hill _____     NC _____     27514 _____
(City)                                            (State)                          (Zip Code)

843 822 3505 _____
(Telephone No.)                                            (Fax No.)

**II.**     Applicant will sign all filings with the name /s/ Cynthia Burris/ _____.

**III.**     Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Joan Grace Harley and Whitney Kohl

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

For Court Use Only.
Bar Status Verified:
_____

_____ South Carolina _____ , where Applicant regularly practices law.

Bar license number: _____     Admission date: 5/22/2017 _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| 6th Circuit Court of Appeals | 10/17/2017 | active |
| Colorado District Court | 10/31/2017 | active |
| Alabama Northern District | 11/2/2017 | active |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

_____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____

(Street Address)

_____     _____     _____

(City)                              (State)              (Zip Code)

_____          _____

(Telephone No.)                          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 2\_\_\_\_ day of November_____, _____.

Cynthia Brook Burns
_____
Printed Name of Applicant

_____
Signature