IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOAN GRACE HARLEY, et. al., | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| VS. | § | NO. 3:17-CV-03073-L-BF |
| | § | |
| GREG ABBOTT, et al., | § | |
| Defendants. | § | |

**DEFENDANT WARREN'S RESPONSE TO PLAINTIFF SEVIER'S MOTION FOR SUMMARY JUDGMENT, INCORPORATING DEFENDANT WARREN'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(2) & 12(b)(5) AND BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Dallas County Clerk John Warren ("Defendant Warren") and files this response to Plaintiff Chris Sevier's ("Sevier") Motion for Summary Judgment and Brief in support. In support thereof, Defendant Warren shows the following:

## I.
## PROCEDURAL BACKGROUND

Plaintiffs Joan H. Harley, Whitney Kohl, John Gunter, Jr., and Chris Sevier filed the instant suit in this Court on November 7, 2017. (Doc. 3).

On December 21, 2017, Defendant Warren filed a motion to dismiss and an amended motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5) asserting that service of process is insufficient as a matter of law. (Docs. 28 and

29).  Defendants Greg Abbott and Ken Paxton filed a motion to dismiss on December 22, 2017. (Doc. 32).  Both of these motions are currently pending.

On December 29, 2017, Sevier filed Plaintiff Sevier's Motion for Summary Judgment and Brief in Support.  (Docs. 35 and 36).  This Court has not yet entered a scheduling order in this case.

## II.
## RESPONSE

Defendant Warren incorporates by this reference Defendant Warren's Amended Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) & 12(b)(5) and Brief in Support filed on December 21, 2017.  (Doc. 29).  As argued in the motion to dismiss, service of process is insufficient as a matter of law and this Court lacks personal jurisdiction over Defendant Warren.

    Respectfully submitted,

    FAITH JOHNSON
    CRIMINAL DISTRICT ATTORNEY
    DALLAS COUNTY, TEXAS

    /s/ Tammy J. Ardolf
    TAMMY J. ARDOLF
    ASSISTANT DISTRICT ATTORNEY
    TEXAS BAR NO. 90001536
    Tammy.Ardolf@dallascounty.org
    FEDERAL LITIGATION SECTION
    133 N. RIVERFRONT BLVD., LB 19
    DALLAS, TEXAS 75207-4399
    (214) 653-3692
    (214) 653-2899 (FAX)

    ATTORNEYS FOR DEFENDANT
    DALLAS COUNTY CLERK JOHN WARREN

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all parties by its electronic filing, as required, on January 2, 2018.

/s/ Tammy J. Ardolf_____
TAMMY J. ARDOLF